UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RYAN SAMUEL PITYLAK, individually and d/b/a LEADPLEX, INC., LEADPLEX, LLC and PAYPERACTION, LLC;<br><br>MARK TROTTER, individually and d/b/a LEADPLEX, INC., LEADPLEX, LLC and PAYPERACTION, LLC;<br><br>LEADPLEX, INC.; LEADPLEX, LLC;<br><br>PAYPERACTION, LLC and d/b/a 227 Assumed Names listed in Paragraph 8; and<br><br>EASTMARK TECHNOLOGY LIMITED d/b/a LEADPLEX, INC., LEADPLEX, LLC and PAYPERACTION, LLC;<br><br>　　　　Defendants. | Civil Action No. A-05CA-017LY |

## ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD

The Motion of Steven S. Richter of Goodman & Richter, LLP to withdraw as counsel of record came on for hearing before this Court, Steven S. Richter appearing for Defendants Ryan Pitylak and Mark Trotter and other appearances as reflected in the Court's record. After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that attorney Steven S. Richter's Motion to Withdraw as Counsel of Record on behalf of Ryan Pitylak is GRANTED.

DATED: _October 14, 2005_　　　　　　　　_Sam Sparks_
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

PAGE – 1